Petition for Writ of Mandamus Denied and Memorandum Opinion filed
December 23, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed December 23, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01161-CV

____________

 

IN RE RAKESH BHARDWAJ, M.D., Relator

________________________________________________________

 

ORIGINAL PROCEEDING

WRIT
OF MANDAMUS

________________________________________________________

 

M E M O R A N D U M   O
P I N I O N

On December 6, 2004, relator filed a petition
for writ of mandamus in this Court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relator complains of the trial court=s grant of extension of time for real
parties to file their expert=s report pursuant to former Tex.
Rev. Civ. Stat. Ann. Art. 4590i,
' 13.01(g).  

Relator has not established that he is entitled to mandamus
relief.  Accordingly, we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed December 23, 2004.

Panel consists of
Justices Yates, Edelman, and Guzman.